JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAWN D. JACKSON,<br><br>          Petitioner,<br><br>    vs.<br><br>GROUNDS, Warden,<br><br>          Respondent. | Case No. CV 14-4150-AHS (RNB)<br><br>**J U D G M E N T** |

      In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

      IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 6/13/14

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE
GEORGE H. KING